IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIUS VAN DER MERWE, and CELINE VAN DER MERWE,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWKFITZ, LLC, JAYNE MEYER, MARK MEYER, KENT MAGNASON, and WOODS AVIATION,<br><br>Defendants. | **7:25CV5008**<br><br>**ORDER** |

This matter is before the court upon the notice of death of Defendants Mark Meyer and Kent Magnason filed on September 19, 2025. Filing No. 8. In accordance with Fed. R. Civ. P. 25(a)(1), decedent's successor or representative, or any party, must move for substitution of the deceased party within 90 days after the suggestion of death is filed.

IT IS ORDERED:

1) All deadlines relating to Defendants Meyer and Magnason are stayed pending further order of the Court.

2) The clerk shall set a case management deadline of December 18, 2025 for substitution as to the suggestion of death.

Dated this 24th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge