IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIUS VAN DER MERWE, and CELINE VAN DER MERWE, | |
| Plaintiffs, | 7:25CV5008 |
| vs. | ORDER OF REMAND |
| HAWKFITZ, LLC, JAYNE MEYER, MARK MEYER, KENT MAGNASON, and WOODS AVIATION, | |
| Defendants. | |

This matter is before the Court on Plaintiffs Marius Van Der Merwe and Celine Van Der Merwe's Motion to Remand. (Filing No. 12; Filing No. 21.)

On September 12, 2025, Defendant Hawkfitz, LLC filed a notice of removal of this case from the District Court of Buffalo County, Nebraska to the United States District Court, District of Nebraska, citing diversity of citizenship as a basis for removal jurisdiction. (Filing No. 1.) On September 24, 2025, Plaintiffs moved to remand the case to the District Court of Buffalo County, Nebraska, arguing the Court lacks diversity jurisdiction. (Filing No. 12.) Plaintiffs assert that each of the defendants, all of whom were properly served, are Nebraska citizens, precluding removal. (Filing No. 14.) *See* 28 U.S.C. § 1441(b) (providing that a case may not be removed to federal court based on diversity of citizenship if "any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought"). Plaintiffs also question whether all defendants consented to the removal, another requisite for removal jurisdiction. (Filing No. 14.) *See* 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action.").

Hawkfitz, LLC, the removing defendant, does not oppose Plaintiffs' Motion to Remand nor does it refute that this Court lacks jurisdiction. (Filing No. 21.) The remaining defendants in this action have not responded to the motion, and the deadline to do so has passed. Therefore, Plaintiffs' Motion to Remand will be granted.

Accordingly,

**IT IS SO ORDERED** that Plaintiffs' Motion to Remand (Filing No. 12) is granted. This case is remanded to the District Court of Buffalo County, Nebraska.

Dated this 17th day of October, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge